| | |
|---|---|
| 1 | ERIC C. BELLAFRONTO, Bar No. 162102 |
|   | ebellafronto@littler.com |
| 2 | ADAM J. FISS, Bar No. 211799 |
|   | afiss@littler.com |
| 3 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 4 | 50 West San Fernando Street |
|   | 14th Floor |
| 5 | San Jose, CA  95113.2303 |
|   | Telephone:    408.998.4150 |
| 6 | |
|   | DANIEL M. REILLY, Pro Hac Vice |
| 7 | DReilly@litigationcolorado.com |
|   | KENT C. MODESITT, Pro Hac Vice |
| 8 | KModesitt@litigationcolorado.com |
|   | REILLY POZNER & CONNELLY, LLP |
| 9 | 511 Sixteenth Street, Suite 700 |
|   | Denver, CO 80202 |
| 10 | Telephone:    303.893.6100 |
| 11 | Attorneys for Plaintiff |
|    | VARIABLE ANNUITY LIFE INSURANCE |
| 12 | COMPANY |

UNITED STATES DISTRICT COURT

*E-FILED - 10/17/06*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIABLE ANNUITY LIFE INSURANCE COMPANY, | Case No.  C06-04477 RMW [E-Filing] |
| Plaintiff, | **STIPULATION AND []** |
|  | **ORDER SELECTING ADR PROCESS** |
| v. | |
| RICK BOYNTON and DOES 1 through 25, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

☐ Arbitration     ☒ ENE     ☐ Mediation

(*Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR*

(CASE NO.  C06-04477 RMW [E-FILING] )     **STIPULATION AND [] ORDER SELECTING ADR PROCESS**

*phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

The parties agree to hold the ADR session by: _____

xx The presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

Other requested deadline _____

Dated: September 22, 2006

s/Adam J. Fiss
ADAM J. FISS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
VARIABLE ANNUITY LIFE INSURANCE COMPANY

Dated: September 22, 2006

s/Robert Nuddleman
ROBERT NUDDLEMAN
PHILLIP J. GRIEGO AND ASSOCIATES
Attorneys for Defendant
RICK BOYNTON

IT IS SO ORDERED:

Dated: __10/17/06_____    _/s/ Ronald M. Whyte_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Firmwide:81511742.1 044844.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NO. C06-04477 RMW [E-FILING])    2.    **STIPULATION AND [ ORDER SELECTING ADR PROCESS**