BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square
Sixth Floor
Palo Alto, California 93406-2155
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

DANIEL M. REILLY, Pro Hac Vice
DReilly@litigationcolorado.com
KENT C. MODESITT, Pro Hac Vice
KModesitt@litigationcolorado.com
REILLY POZNER & CONNELLY, LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:    303.893.6100

Attorneys for Plaintiff and Cross-Defendant
VARIABLE ANNUITY LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VARIABLE ANNUITY LIFE INSURANCE COMPANY, | E-Filing<br>Case No.  C06-04477 RMW PVT |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 |
| vs. | |
| RICK BOYNTON and DOES 1 through 25, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

STIPULATION AND [PROPOSED] ORDER

170065

1    WHEREAS the Court's November 16, 2006 Scheduling Order specifies that Initial

2    Disclosures shall be completed within 15 days of the signing of the Protective Order, which

3    Protective Order was subsequently signed by the Court on November 14, 2006;

4    WHEREAS Phillip J. Griego & Associates notified counsel for Plaintiff and Cross-

5    Defendant Variable Annuity Life Insurance Company on November 22, 2006 that it intends to

6    withdraw as counsel of record for Defendant and Cross-Complainant Rick Boynton as soon as

7    new counsel is secured;

8    WHEREAS attorney Stephen Robinson from the law firm of Payne & Fears LLP notified

9    counsel for Plaintiff and Cross-Defendant Variable Annuity Life Insurance Company on

10   November 27, 2006 that Payne & Fears LLP intends to substitute in as counsel for Defendant and

11   Cross-Complainant Rick Boynton in the next one to two days;

12   WHEREAS the parties agree that it is in neither party's interest to incur the time and

13   expense of preparing and serving Initial Disclosures by the currently scheduled date in light of the

14   fact that (1) doing so would require outgoing counsel Phillip J. Griego & Associates to perform

15   extensive legal work evaluating evidence at Defendant and Cross-Complainant Rick Boynton's

16   expense, which work will necessarily be duplicated by Defendant and Cross-Complainant Rick

17   Boynton's incoming counsel, Payne & Fears LLP; and (2) Defendant and Cross-Complainant

18   Rick Boynton will not have the opportunity to review or act upon the volume of documents

19   Plaintiff and Cross-Defendant Variable Annuity Life Insurance Company intends to produce until

20   Payne & Fears LLP has substituted into the action and had time to familiarize itself with the

21   factual and legal issues involved;

22   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Cross-

23   Defendant Variable Annuity Life Insurance Company, and Defendant and Cross-Complainant

24   Rick Boynton, through their respective counsel of record, that the date for service of Initial

25   Disclosures, pursuant to Federal Rule of Civil Procedure 26 and the Court's Scheduling Order,

26   shall be extended until 14 days after a Substitution of Counsel is filed and served by new counsel,

27   Payne & Fears LLP.

28

PLAINTIFF VARIABLE ANNUITY LIFE INSURANCE COMPANY'S FIRST SET OF SPECIAL
INTERROGATORIES TO DEFENDANT RICK BOYNTON

170065

1   DATED: November 27, 2006     PHILLIP J. GRIEGO & ASSOCIATES

2

3                         By:_____
                                PHILLIP J. GRIEGO

4

5                         Attorneys for Defendant and Cross-Complainant
                         RICK BOYNTON

6

7   DATED: November 27, 2006     PAUL, HASTINGS, JANOFSKY & WALKER LLP

8

9                         By:_____
                                SARJU A. NARAN

10

11                       Attorneys for Plaintiff and Cross-Defendant
                       VARIABLE ANNUITY LIFE INSURANCE COMPANY

12

13                       **ORDER**

14       **IT IS SO ORDERED.**

15   DATED: November 29 , 2006

16                       UNITED STATES DISTRICT COURT JUDGE
                                MAGISTRATE

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF VARIABLE ANNUITY LIFE INSURANCE COMPANY'S FIRST SET OF SPECIAL
INTERROGATORIES TO DEFENDANT RICK BOYNTON

170065