JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant and Cross-Claimant
RICK BOYNTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/8/06*

| | |
|---|---|
| VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RICK BOYNTON, and DOES 1 through 25,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | CASE NO. C06-04477 RMW (PVT)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND CROSS-CLAIMANT RICK BOYNTON AND [PROPOSED] ORDER** |

TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant and Cross-Claimant RICK BOYNTON hereby substitutes JEROME SCHREIBSTEIN and STEPHEN K. ROBINSON of the law offices of PAYNE & FEARS LLP, One Embarcadero Center, Suite 2300, San Francisco, California, 94111; (415) 398-7860, in place and in stead of PHILLIP J. GRIEGO, ESQ., and ROBERT E. NUDDLEMAN, ESQ. of the law firm of PHILLIP J. GRIEGO & ASSOCIATES, 95 South Market Street, Suite 500, San Jose, California, 95113.

////

////

////

////

I hereby accept this substitution.

DATED: November 28, 2006           By: ____/s/_____
                                        RICK BOYNTON
                                        Plaintiff

I hereby accept this substitution.

DATED: November 28, 2006           PAYNE & FEARS LLP


                                   By: ____/s/_____
                                        JEROME SCHREIBSTEIN
                                        STEPHEN K. ROBINSON
                                        Attorneys For Defendant
                                        RICK BOYNTON

I hereby accept this substitution.

DATED: November 28, 2006           PHILLIP J. GRIEGO & ASSOCIATES


                                   By: ____/s/_____
                                        PHILLIP J. GRIEGO
                                        ROBERT E. NUDDLEMAN
                                        Attorneys for Defendant
                                        RICK BOYNTON


### ORDER

The above substitution of attorney read and considered, IT IS SO ORDERED.

Dated: ___12/8_____, 2006         By: __/s/ Ronald M. Whyte_____
                                        P̶A̶T̶R̶I̶C̶I̶A̶ ̶V̶.̶ ̶T̶R̶U̶M̶B̶U̶L̶L̶
                                        United States District Judge

336660.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860