1  JEROME SCHREIBSTEIN (SBN 154051)
   STEPHEN K. ROBINSON (SBN 217898)
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
4  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863

5

6  Attorneys for Defendant and Counter-Claimant,
   RICK BOYNTON

7

8  BRADFORD K. NEWMAN (SBN 178902)
   SARJU A. NARAN (SBN 215410)
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square
   Sixth Floor
10  Palo Alto, CA 93406
   Telephone: (650) 320-1800
11  Facsimile: (650) 320-1900

12  Attorneys for Plaintiff and Cross-Defendant
   VARIABLE ANNUITY LIFE INSURANCE COMPANY

13

14

15          UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/3/07*

17

18  VARIABLE ANNUITY LIFE INSURANCE    CASE NO. C06-04477 RMW (PVT)
   COMPANY,
19                        **STIPULATION AND [[xxxxxxxxxxxx]] ORDER**
          Plaintiff,              **REGARDING EARLY SETTLEMENT**
20                          **CONFERENCE**
        v.
21

22  RICK BOYNTON and DOES 1 through 25,

23          Defendants,

   AND RELATED COUNTER-CLAIMS.
24

25      WHEREAS, under the current schedule, the parties are to have completed an Early

26  Settlement Conference before Magistrate Judge Trumbull by February 14, 2007;

27      WHEREAS, the parties have been and are currently engaged in informal settlement

28  negotiations intended to obviate the need for a formal settlement conference;

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

WHEREAS, the parties now wish to coordinate a date with Magistrate Judge Trumbull for an Early Settlement Conference to occur no later than February 28, 2007;

WHEREAS, Plaintiff, on the one hand, and Defendant, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1.     The last day for coordination of the Early Settlement Conference will now be February 28, 2007.

IT IS SO STIPULATED.

DATED:  February 14, 2007                          PAYNE & FEARS LLP

                                        By:_____
                                            JEROME SCHREIBSTEIN
                                            STEPHEN K. ROBINSON
                                            Attorneys for Defendant
                                            RICK BOYNTON

DATED: February 14, 2007                   PAUL HASTINGS JANOFSKY & WALKER

                                        By:_____
                                            BRADFORD K. NEWMAN
                                            SARJU A. NARAN
                                            Attorneys for Plaintiff
                                            VARIABLE ANNUITY LIFE
                                            INSURANCE COMPANY

IT IS SO ORDERED.

DATED:  4/3_____, 2007

                                        _____
                                        RONALD M. WHYTE
                                        UNITED STATES DISTRICT
                                        COURT JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 386-7860

2