1  JEROME SCHREIBSTEIN (SBN 154051)
   STEPHEN K. ROBINSON (SBN 217898)
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
4  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
5

6  Attorneys for Defendant and Counter-Claimant,
   RICK BOYNTON
7
   BRADFORD K. NEWMAN (SBN 178902)
8  SARJU A. NARAN (SBN 215410)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  Five Palo Alto Square
   Sixth Floor
10 Palo Alto, CA 93406
   Telephone: (650) 320-1800
11 Facsimile: (650) 320-1900

12 Attorneys for Plaintiff and Cross-Defendant
   VARIABLE ANNUITY LIFE INSURANCE COMPANY
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA     *E-FILED - 4/3/07*

17

18 VARIABLE ANNUITY LIFE INSURANCE    CASE NO. C06-04477 RMW (PVT)
   COMPANY,
19                                    STIPULATION AND [xxxxxxxxxxxx] ORDER
         Plaintiff,                   REGARDING CASE MANAGEMENT
20                                    DATES
      v.
21
   RICK BOYNTON and DOES 1 through 25,
22
         Defendants,
23
   AND RELATED COUNTER-CLAIMS.
24

25       WHEREAS, under the current schedule, the last day for percipient witness discovery is

26 April 30, 2007;

27       WHEREAS, under the current schedule, the last day for the parties to exchange expert

28 witness disclosures is June 19, 2007;

---

1  WHEREAS, under the current schedule, the last day to hear dispositive motions is June 22, 2007;

3  WHEREAS, under the current schedule, the last day to exchange rebuttal expert witness disclosures is July 19, 2007;

5  WHEREAS, under the current schedule, the last day for expert witness discovery is August 13, 2007;

7  WHEREAS, under the current schedule, the pretrial conference is to be held on September 6, 2007;

9  WHEREAS, under the current schedule, the trial is to be held beginning September 17, 2007;

11 WHEREAS, the parties wish to extend the discovery period by 60 days while they pursue further ADR and settlement discussions, which will thereby affect each subsequent case management date;

14 WHEREAS, in order to keep the case management dates in the same relative order, the parties seek to push back all case management dates by 60 days;

16 WHEREAS, Plaintiff, on the one hand, and Defendant, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The last day for the parties to complete ADR will be May 31, 2007;
2. The last day for percipient witness discovery will now be June 29, 2007.
3. The last day for the parties to exchange expert disclosures will now be August 21, 2007.
4. The last day for the parties to exchange rebuttal expert disclosures will now be September 20, 2007.
5. The last day to hear dispositive motions will now be August 24, 2007.
6. The last day for expert witness discovery will now be October 15, 2007.
7. The pretrial conference will now be November 15, 2007.
8. The trial date will now be November 26, 2007.

2

STIPULATION AND xxxxxxxxxx ORDER REGARDING
CASE MANAGEMENT DATES                                    Case No. C06-04477 RMW (PVT)

IT IS SO STIPULATED.

DATED: March 20, 2007                    PAYNE & FEARS LLP

                                         By: _s/Stephen K. Robinson_____
                                              JEROME SCHREIBSTEIN
                                              STEPHEN K. ROBINSON
                                              Attorneys for Defendant
                                              RICK BOYNTON

DATED: March 20, 2007                    PAUL HASTINGS JANOFSKY & WALKER

                                         By: _s/_____
                                              BRADFORD K. NEWMAN
                                              SARJU A. NARAN
                                              Attorneys for Plaintiff
                                              VARIABLE ANNUITY LIFE
                                              INSURANCE COMPANY

IT IS SO ORDERED.

DATED: __4/3_____, 2007

                                         _Ronald M. Whyte_____
                                         THE HONORABLE RONALD M. WHYTE
                                         UNITED STATES DISTRICT
                                         COURT JUDGE

.1